UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD E. KARR,

        Plaintiff,

   v.                      CIV. NO. S-06-599 RRB DAD

D.K. SISTO, et al

        Defendant.
_____/

RICHARD E. KARR,

        Plaintiff,

   v.                      CIV. NO. S-07-510 WBS KJM

D.K. SISTO, et al

        Defendant.
_____/

RICHARD E. KARR,

        Plaintiff,

   v.                      CIV.NO.S-07-1773 MCE EFB

D.K. SISTO, et al
_____/

A Notice of Related Cases was filed concerning the above-captioned cases on April 16, 2007.  <u>See</u> Local Rule 83-123 (E.D. Cal. 2005).  On review of the cases, the court finds that the cases ought not be related or reassigned.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED: November 20, 2007

                                         /s/ Ralph R. Beistline
                                         RALPH R. BEISTLINE
                                         United States District Judge